# MONMOUTH NISI PRIUS.

## JULY TERM, 1795.

### SHEPPARD v. WARDELL.

1. On issue joined on a plea of *ne unques seisie*, the demandant need not prove the marriage nor the death of the husband; these facts are admitted by the plea.

Sheppard v. Wardell.

2. It is only necessary to prove a seizin of the husband during coverture; the title under which he held is not in issue.

3. The wife is not barred of her dower by joining with her husband in a conveyance of the estate, unless she acknowledged the deed pursuant to the act of assembly.

4. Where the husband does not die seized, the demandant cannot recover either damages or costs.

This was an action of dower. It was tried at the Monmouth Nisi Prius, before KINSEY, C. J., and ——————, and, on the trial, the following points were ruled by the court :

1st. The plea of *que unques seisie* admits the fact of marriage, and the death of the husband ; and, therefore, there is no necessity for the demandant to go into proof of either of those circumstances.

2d. To support the issue on this plea, on her part, she is not bound to prove a title in her husband, but only a seizin of the estate during the coverture. *Gilb. Ev.* 87. See *English* v. *Wright, ante* 437.

[453] 3d. The wife is not barred of dower by joining in a conveyance with the husband, unless she also acknowledged the deed agreeably to the form prescribed by the act of assembly. *Allinson* 130. See *Tuthill et ux.* v. *Townley, ante* 242.

4th. Where the husband does not die seized, the demandant cannot recover either damages or costs. See *Fisher* v. *Morgan, ante* 125.

The jury found generally for the demandant, without damages or costs.

*Stockton,* for demandant.

*Frelinghuysen,* for tenant.

CITED *in Martin* v. *Martin,* 2 *Gr.* 128; *Hyatt* v. *Ackerson, Id.* 566.